Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUN 25 AM 8:36

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___KMT___ DEPUTY

Roshni Sundaram, Plaintiff

VS

Michael Chertoff, Secretary,
 Department of Homeland Security
Jonathan Scharfen, Acting Director,
 Citizenship and Immigration Services
Gerard Heinauer, Director,
 Nebraska Service Center,
 Citizenship and Immigration Services
Paul M. Pierre, District Director,
 San Diego District, Citizenship and Immigration Services
Michael B. Mukasey,
 Attorney General of the United States
Robert S. Mueller, III,
 Director, Federal Bureau of Investigation,
Defendants

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 1131 DMS BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Robert G. Nadalin
The Law Offices of Robert Nadalin
P.O. Box 124594, San Diego, CA 92112

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY
SEAL

By _____, Deputy Clerk

JUN 2 5 2008
DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)