1 The Law Offices of Robert Nadalin
2 P.O. Box 124594
San Diego, CA 92112
3 (619) 234-8875

4 Robert G. Nadalin, Esq.
Cal. State Bar No. 222489
5 Attorney for Ms. Roshni Sundaram

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roshni Sundaram, | Civil No. 08cv1131 DMS BLM |
| Plaintiff, | Agency No. A95 583 083 |
| v. | MOTION FOR VOLUNTARY DISMISSAL OF SUIT |
| Michael Chertoff, Secretary, Department of Homeland Security, et al. | |
| Defendants. | |

Roshni Sundaram, by and through her attorney of record, Robert G. Nadalin, Esq., hereby files this motion for voluntary dismissal of his complaint without prejudice pursuant to Federal Rule of Civil Procedure 41.

Ms. Sundaram sought relief from this court because of an unreasonable delay in the adjudication of an application for adjustment of status to lawful permanent residence. That case has now been approved and Ms. Sundaram is now in possession of her lawful permanent resident card. Therefore, this matter has become moot and Ms. Sundaram now moves for voluntary dismissal, without prejudice, of her complaint.

DATED: July 18, 2008

                              Respectfully submitted,

                              s/ Robert G. Nadalin
                              _____
                              Robert G. Nadalin, Esq.
                              Attorney for Roshni Sundaram

1  The Law Offices of Robert Nadalin
2  P.O. Box 124594
   San Diego, CA  92112
3  (619) 234-8875

4  Robert G. Nadalin, Esq.
   Cal. State Bar No. 222489
5  Attorney for Ms. Roshni Sundaram

6
                    UNITED STATES DISTRICT COURT
7                   SOUTHERN DISTRICT OF CALIFORNIA

8  Roshni Sundaram,                    | Civil No. 08cv1131 DMS BLM
                                        |
9                  Plaintiff,           |
10                                      | Agency No.  A95 583 083
                                        |
11         v.                           | PROOF OF SERVICE
                                        |
12 Michael Chertoff, Secretary,         |
13  Department of Homeland Security,    |
    et al.                              |
14                                      |
                   Defendants.          |
15 _____|

16

17 I, Robert G. Nadalin, attorney for Ms. Roshni Sundaram, Plaintiff in this action, a citizen
18 of the United States over the age of eighteen years and a resident of San Diego County,
   California with business street address being 110 West C St., Suite 1300, San Diego,
19 California 92101, and postal address as noted above, and not a party to the above-entitled
   action, hereby certify that on March 10, 2008, I caused to be served a copy of the:
20 MOTION FOR VOLUNTARY DISMISSAL OF SUIT.

21
   by electronic filing the foregoing with the Clerk of the District Court using its ECF
22 System, which electronically notifies them.

23 Megan Callan Esq.
   Counsel for Defendants
24 megan.callan@usdoj.gov

25
   I declare under penalty of perjury that the foregoing is true and correct.
26
   Executed on July 18, 2008
27

28                                            s/Robert G. Nadalin
                                              Attorney for Plaintiff
                                              E-mail: robert@nadalinlaw.com