# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roshni Sundaram, | Civil No. 08cv1131 DMS BLM |
| Plaintiff, | Agency No. A95 583 083 |
| v. | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| Michael Chertoff, Secretary, Department of Homeland Security, et al. | |
| Defendants. | |

Pursuant to Plaintiff's Motion for Voluntary Dismissal of Suit and Federal Rule of Civil Procedure 41, this action is hereby DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

DATED: July 23, 2008

_____
HON. DANA M. SABRAW
United States District Judge